UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00069 |
| RONALD K. MCPHERSON & EUNICE MCPHERSON, Co-Trustees of the Ronald K. McPherson Living Trust, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 17). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE